# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARLIN BERNARD COPELAND,** *et al.*                        **PLAINTIFFS**

**v.**                  **CASE NO. 2:23-CV-00143-BSM**

**PAUL OGBIMI GABARI,** *et al.*                            **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 31st day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE